No. 508. PHŒBE R. E. E. LINTON ET AL., PLAINTIFFS IN ERROR, *v.* FRED HEYE ET AL. In error to the Supreme Court of the State of Nebraska. Motions to dismiss or affirm submitted March 21, 1904. Decided April 11, 1904. *Per Curiam.* Judgment affirmed with costs, on the authority of *Campbell* v. *Holt,* 115 U. S. 620; *Richardson* v. *Louisville and Nashville Railroad Company,* 169 U. S. 128; *Giles* v. *Little,* 134 U. S. 645. See *Lantry* v. *Wolff,* 49 Nebraska, 374; *Murphy* v. *Evans Steam Laundry Company,* 52 Nebraska, 593; *Linton* v. *Heye,* 95 N. W. Rep. 1040. *Mr. John C. Watson* and *Mr. John V. Morgan* in support of motions. *Mr. Joseph H. Blair* opposing.

---

No. 203. ST. LOUIS MERCHANTS' BRIDGE TERMINAL RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THOMAS CALLAHAN. In error to the Supreme Court of the State of Missouri. Argued and submitted April 11, 1904. Decided April 18, 1904. *Per Curiam.* Judgment affirmed with costs, on the authority of *Tullis* v. *Railroad Company,* 175 U. S. 348, 351, and cases cited. Reported in state court, 170 Missouri, 473. *Mr. Robert A. Holland, Jr., Mr. J. E. McKeighan* and *Mr. M. F. Watts* for plaintiff in error. *Mr. William F. Woerner* for defendant in error.